

# COURT OF APPEALS

CATHERINE STONE
CHIEF JUSTICE
KAREN ANGELINI
SANDEE BRYAN MARION
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.4THCOA.COURTS.STATE.TX.US

KEITH E. HOTTLE
CLERK OF
COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

January 14, 2014

Randall B. Richards
The Law Offices Of Randy Richards
1677 Turkey Knob Road
PO Box 1319
Boerne, TX 78006-1319

Shannon K. Dunn
Law Office of Beth Watkins
926 Chulie Drive
San Antonio, TX 78216
* DELIVERED VIA E-MAIL *

Beth  Watkins
Law Office of Beth Watkins
926 Chulie Drive
San Antonio, TX 78216-6522
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:     04-13-00759-CV
        Trial Court Case Number:     64
        Style:  Carolyn Jane Babbitt
                v.
                Ronald Hugh Below

        Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

        If you should have any questions, please do not hesitate to contact me.

                                        Very truly yours,
                                        KEITH E. HOTTLE, CLERK

                                        Luz Estrada
                                        Deputy Clerk, Ext. 3219

cc: Kay  R. Pugh (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2014

No. 04-13-00759-CV

Carolyn Jane **BABBITT**,
Appellant

v.

Ronald Hugh **BELOW**,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 64
Honorable Stephen B. Ables, Judge Presiding

# O R D E R

On October 28, 2013, appellant filed her notice of appeal. On January 10, 2014, the court reporter responsible for preparing the reporter's record in this appeal filed a notification of late record, stating that the appellant has failed to pay or make arrangements to pay the fee for preparing the reporter's record.

We, therefore, ORDER appellant to provide written proof to this court within ten days of the date of this order that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, appellant's brief will be due within thirty days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court